UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TRACY MATTHEWS,

                Plaintiff,        07 Civ. 6281 (SAS)

    -against-

                                  **NOTICE OF APPEARANCE**

TINO HERNANDEZ, as Chairman of the
New York City Housing Authority, and
the NEW YORK CITY HOUSING
AUTHORITY,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      PLEASE TAKE NOTICE that defendants will be represented in the above-captioned matter by Ricardo Elias Morales, General Counsel, Rosanne R. Pisem, Of Counsel.

Dated:      New York, New York
              August 21, 2007

                                  RICARDO ELIAS MORALES
                                  General Counsel
                                  New York City Housing Authority
                                  250 Broadway, 9th floor
                                  New York, New York 10007
                                  Attorney for Defendants
                                  Tel.: (212) 776-5212
                                  Fax: (212) 776-5401

                      By:           /s/
                                  Rosanne R. Pisem (RP 1817)
                                  Of Counsel