

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY • NEW YORK, NY 10007

http:/nyc.gov/nycha

**TINO HERNANDEZ**
CHAIRMAN

**EARL ANDREWS, JR.**
VICE-CHAIRMAN

**MARGARITA LÓPEZ**
MEMBER

**VILMA HUERTAS**
SECRETARY

**DOUGLAS APPLE**
GENERAL MANAGER

**Ricardo Elias Morales**
General Counsel

WRITER'S DIRECT LINE
212-776-5212

August 30, 2007

BY HAND
Hon Shira A. Scheindlin, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   *Matthews v. Hernandez et al.*, 07 Civ. 6281 (SAS)

Dear Judge Scheindlin:

I represent defendant New York City Housing Authority and its Chairman, Tino Hernandez, in the above matter. I write on behalf of the parties to request a one-month extension of defendants' time to respond to the complaint, and an adjournment of the initial pretrial conference, currently scheduled for September 11, 2007.

The parties are actively engaged in settlement discussions at present, and we are reasonably optimistic that we can reach an amicable agreement. In order to conclude a settlement, however, the parties require more time to obtain additional information and to engage in further discussion regarding the precise terms of a settlement.

Accordingly, the parties request that the Court "so order" the enclosed stipulation adjourning the defendants' time to answer from September 7, 2007 to October 12, 2007. In addition, the parties request that the Court issue an order rescheduling the initial pretrial conference from September 11, 2007 to any time after October 12. The initial pretrial conference has not been previously adjourned, and a proposed rescheduling order is enclosed.

---

Sonya M. Kaloyanides, Deputy General Counsel for Civil Litigation • Telephone (212)776-5184 • Fax (212)776-5404

Hon. Shira A. Scheindlin, U.S.D.J.                                                August 30, 2007
page 2

     If the Court has any questions or requires additional information, please do not hesitate to contact us.

Respectfully submitted,

*[signature]*

Rosanne R. Pisem (RP 1817)
Attorney for Defendants
(212) 776-5212

*[signature]*

Edward Josephson (EJ 7815)
Attorney for Plaintiff
(718) 237-5538

Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -
TRACY MATTHEWS,

            Plaintiff,

    -against-

TINO HERNANDEZ, as Chairman of
the New York City Housing
Authority, and the NEW YORK CITY
HOUSING AUTHORITY,

           Defendants.
- - - - - - - - - - - - - - - - -

07 Civ. 6281 (SAS)

**ORDER ADJOURNING
INITIAL PRETRIAL
<u>CONFERENCE</u>**

IT IS HEREBY ORDERED that the initial pretrial conference in the above-captioned action is adjourned from September 11, 2007, to _____, at _____ a.m./p.m., at the United States Courthouse, 500 Pearl Street, New York, Courtroom 15C.

Dated:    New York, New York
           August \_\_\_\_, 2007

SO ORDERED:

_____
      U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -
TRACY MATTHEWS,

                Plaintiff,

    -against-

TINO HERNANDEZ, as Chairman of
the New York City Housing
Authority, and the NEW YORK CITY
HOUSING AUTHORITY,

                Defendants.
- - - - - - - - - - - - - - - - -

07 Civ. 6281 (SAS)

**STIPULATION**
**OF ADJOURNMENT**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that defendants' time to respond to the Complaint is hereby extended from September 7, 2007 to October 12, 2007.

Dated:    New York, New York
            August 30, 2007

| | |
|---|---|
| LEGAL SERVICES FOR<br>NEW YORK CITY<br>Legal Support Unit<br>350 Broadway<br>New York, NY 10014<br>(718) 237-5538<br>Attorney for Plaintiff<br><br>By: _____<br>Edward Josephson (EJ 7815) | RICARDO ELIAS MORALES<br>General Counsel<br>New York City<br>Housing Authority<br>250 Broadway, 9th floor<br>New York, NY 10007<br>(212) 776-5212<br>Attorney for Defendants<br><br>By: _____<br>Rosanne R. Pisem (RP 1817) |

SO ORDERED:

_____
          U.S.D.J.