UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -
TRACY MATTHEWS,

                Plaintiff,

       -against-

TINO HERNANDEZ, as Chairman of
the New York City Housing
Authority, and the NEW YORK CITY
HOUSING AUTHORITY,

                Defendants.
- - - - - - - - - - - - - - - - - -

07 Civ. 6281 (SAS)

**ORDER ADJOURNING
INITIAL PRETRIAL
CONFERENCE**

IT IS HEREBY ORDERED that the initial pretrial conference in the above-captioned action is adjourned from September 11, 2007, to ~~[crossed out]~~ Oct 24 at 11:30 a.m., at the United States Courthouse, 500 Pearl Street, New York, Courtroom 15C.

Dated:   New York, New York
         ~~August~~ September 10, 2007

SO ORDERED:

_____
U.S.D.J.