

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -
TRACY MATTHEWS,

            Plaintiff,

    -against-

TINO HERNANDEZ, as Chairman of
the New York City Housing
Authority, and the NEW YORK CITY
HOUSING AUTHORITY,

            Defendants.
- - - - - - - - - - - - - - - - - -

07 Civ. 6281 (SAS)

**STIPULATION**
**OF ADJOURNMENT**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that defendants' time to respond to the Complaint is hereby extended from September 7, 2007 to October 12, 2007.

Dated:    New York, New York
            August 30, 2007

| | |
|---|---|
| LEGAL SERVICES FOR<br>NEW YORK CITY<br>Legal Support Unit<br>350 Broadway<br>New York, NY 10014<br>(718) 237-5538<br>Attorney for Plaintiff | RICARDO ELIAS MORALES<br>General Counsel<br>New York City<br>Housing Authority<br>250 Broadway, 9th floor<br>New York, NY 10007<br>(212) 776-5212<br>Attorney for Defendants |
| By: _____<br>Edward Josephson (EJ 7815) | By: _____<br>Rosanne R. Pisem (RP 1817) |

SO ORDERED:

_____
      U.S.D.J.    9/10/07